IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                          Case No. 08-cv-595

LANCE HARLAN,

      Defendant.

---

### ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Lance Harlan, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant Lance Harlan is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _17th_ day of February, 2009.

                                                                Peter Oppeneer, Clerk of Court