IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         Case No. 08-cv-595

LANCE HARLAN,

    Defendant.

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of plaintiff, United States of America, and against the defendant, Lance Harlan, as follows:

| | |
|---|---|
| Principal | $14,313.05 |
| Interest through April 7, 2008 | $ 2,274.27 |
| Interest from April 8, 2008 through February 12, 2009 | $ 960.99 |
| TOTAL | $17,548.31 |

together with interest thereon at the rate of 7.88% per annum until the date the judgment is entered, a civil filing fee of $350.00, plus interest on the judgment at the

legal rate until satisfaction of the debt, and for all future fees, costs and disbursements.

Dated this __17th__ day of February, 2009.

_____
PETER OPPENEER
Clerk of Court

Entered this ___18th___ date of February, 2009.

PETER OPPENEER
Clerk of Court

By: _____
Deputy Clerk of Court